## STATE OF MARYLAND v. WILLIAM JOSHUA LEONARD

[No. 117, September Term, 1980.]

*Decided May 22, 1981.*

The cause was argued before MURPHY, C. J., and SMITH, DIGGES, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

*Maureen O'Ferrall, Assistant Attorney General,* with whom was *Stephen H. Sachs, Attorney General,* on the brief, for appellant.

*Gary S. Offutt, Assistant Public Defender,* with whom was *Alan H. Murrell, Public Defender,* on the brief, for appellee.

PER CURIAM:

We granted certiorari in this case to consider whether the Court of Special Appeals correctly applied the principles of *Carr v. State,* 284 Md. 455, 397 A.2d 606 (1979), when, in reversing Leonard's convictions, it concluded that the trial court had erred in not permitting Leonard's counsel to inspect a prior statement of a State's witness who had testified at the trial. For the reasons set forth by Judge

Wilner in *Leonard v. State,* 46 Md. App. 631, 421 A.2d 85 (1980), the judgment of the Court of Special Appeals is affirmed.

*Judgment of the Court of Special Appeals affirmed, with costs.*